UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Samuel Hooker

   v.                                      Case No. 17-cv-345-JL

United States of America

ORDER

After due consideration of the objection filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated June 7, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: August 13, 2021

cc:    Chloe F. P. Golden, Esq.
        Courtney H. G. Herz, Esq.
        James D. Concannon, AUSA